IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-127-D(1)

FILED IN OPEN COURT
ON 8-6-19 mly
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| JESSE GABRIEL MARKS | ) | |

The Grand Jury charges:

## COUNT ONE
### Conspiracy

Beginning on a date unknown, but no later than in or about November 2016, the exact date being unknown, and continuing up to and including on or about January 1, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, JESSE GABRIEL MARKS, did knowingly and intentionally, combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown to the Grand Jury, to knowingly and intentionally manufacture, distribute, dispense and possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and one hundred (100) grams or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about October 16, 2018, in the Eastern District of North Carolina, the defendant, JESSE GABRIEL MARKS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about October 19, 2018, in the Eastern District of North Carolina, the defendant, JESSE GABRIEL MARKS, did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

Beginning on or about December 27, 2018, and continuing to on or about December 28, 2018, in the Eastern District of North Carolina, the defendant, JESSE GABRIEL MARKS, did knowingly and intentionally possess with the intent to distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## **FORFEITURE**

The defendant is hereby given notice that all of the defendant's interest in all of the property specified herein is subject to forfeiture.

Upon conviction of one or more of the offense(s) set forth in Counts One through Three of this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of a defendant—

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 8-6-19

ROBERT J. HIGDON JR.
United States Attorney

ERIN C. BLONDEL
Assistant United States Attorney

BRYAN STEPHANY
Assistant United States Attorney