AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED** |
| V. | **WARRANT FOR ARREST** |
| JESSE GABRIEL MARKS | **CRIMINAL CASE: 7:19-CR-00127-D(1)** |

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**JESSE GABRIEL MARKS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ____ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Five Hundred (500) Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and One Hundred (100) Grams or More of Heroin

Counts 2,3 - 21 U.S.C. § 841(a)(1): Distribution of a Quantity of Methamphetamine and Heroin

Count 4 - 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute Five Grams or More of Methamphetamine

| | |
|---|---|
| Peter A. Moore, Jr. <br> Name of Issuing Officer | Clerk of Court <br> Title of Issuing Officer |
| Signature of Issuing Officer by Deputy Clerk | August 6, 2019 - RALEIGH, NORTH CAROLINA <br> Date and Location |

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED <br> 08/06/2019 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST <br> 08/08/2019 | M. Noel, Onslow Co SO | by S. Tanner, USMS |

**FILED**

AUG 0 8 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

