FILED
SEP 24 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-127-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| JESSE GABRIEL MARKS | ) | |

The United States Attorney charges:

Beginning in or about December 2017 and continuing to in or about September 2018, in the Eastern District of North Carolina, the defendant, JESSE GABRIEL MARKS, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained a person having the initials R.L., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause R.L. to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1).

**FORFEITURE NOTICE**

The defendant is hereby given notice that all of the defendant's interest in all of the property specified herein is subject to forfeiture.

Upon conviction of one or more of the offense(s) set forth in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), all their right, title, and interest in:

1

1. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

2. Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant—

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

ROBERT J. HIGDON, JR.
United States Attorney

BY: *Erin C. Blondel*
ERIN C. BLONDEL
Assistant United States Attorney
Criminal Division

BY: *Erin C. Blondel for*
BRYAN M. STEPHANY
Assistant United States Attorney
Criminal Division