UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-cr-00127-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER TO SEAL** |
| JESSE GABRIEL MARKS | |

On motion of the Defendant, Jesse Gabriel Marks, and for good cause shown, it is hereby ORDERED that [DE 62] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 3 day of May, 2021.

JAMES C. DEVER III
United States District Judge