IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-127-D

UNITED STATES OF AMERICA

**ORDER**

v.

JESSE GABRIEL MARKS

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the government's Notice of Filing of Impact Statement and attached statements, Docket Entry 66, filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the 7 day of May, 2021.

JAMES C. DEVER III
United States District Judge