UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:19-CR-127-1D
Civil No. 7:22-CV-33-D

JESSE GABRIEL MARKS,      )
     )
     Petitioner,      )
     )
v.      )      ORDER
     )
UNITED STATES OF AMERICA,      )
     )
     Respondent.      )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing

§ 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as

appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct

Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 23 day of May, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE